IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
CHURCH OF THE OVERCOMER and :
REVEREND KEITH COLLINS, :
    Plaintiffs, : CIVIL ACTION
    v. : NO. 12-7032
:
COUNTY OF DELAWARE :
 and CHICHESTER SCHOOL DISTRICT, :
    Defendants. :
_____:

# O R D E R

AND NOW, this 5th day of November, 2013, upon consideration of the County of Delaware's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 13), Chichester School District's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. Nos. 17, 18), the opposition briefs to the motions to dismiss (Doc. Nos. 15, 21), the replies and supplemental briefing (Doc. Nos. 22-23, 28-29), the correspondence from Plaintiffs' counsel dated November 1, 2013, that has been docketed at No. 30, as well as the oral argument on October 9, 2013, in accordance with the accompanying Memorandum of this date, it is hereby ORDERED that:

    1.    County of Delaware's Motion to Dismiss is GRANTED;

    2.    Chichester School District's Motion to Dismiss is GRANTED;

    3.    Plaintiffs' Amended Complaint is DISMISSED with Prejudice.

It is so ORDERED.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE